ALEXANDER C. CASTRIOTIS and Another, Doing Business as Copartners, etc., and Another, Appellants, v. GUARANTY TRUST COMPANY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiffs to serve an amended complaint on payment of said costs and the costs awarded to defendant by the order appealed from, upon the authority of *Peetsch* v. *Sommers* (31 App. Div. 255), and *Barton* v. *Palmer Co.* (87 id. 35). Present — Dowling, Laughlin, Smith, Merrell and Philbin, JJ.; Laughlin, J., dissenting on the view expressed by him in *Arkenburgh* v. *Arkenburgh* (114 App. Div. 436).

WILLIAM HOFFMAN and Another, Respondents, v. EMANUEL RUBIN and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith and Merrell, JJ.

HERBERT POSNER, Respondent, v. BROOKLYN RAPID TRANSIT COMPANY and Another, Impleaded with NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Philbin, JJ.

ALBERT LYONS and Another, Copartners, etc., Respondents, v. BENJAMIN GOLDBERG and Others, Copartners, etc., Appellants.— Determination affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Philbin, JJ.

ERIE RAILROAD COMPANY, Appellant, v. EQUITABLE SURETY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Philbin, JJ.

HARRY C. TREXLER and Another, Copartners, etc., Respondents, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY and Another, Appellants.— Order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Philbin, JJ.

JAMES DOUGHERTY, Respondent, v. JOHN J. CAMPBELL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Philbin, JJ.

JAMES DOUGHERTY, Respondent, v. JOHN J. CAMPBELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Philbin, JJ.

NATHAN M. ABRAMSON, Appellant, v. MAX BANDLER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Philbin, JJ.

SAMSON FRIEDLANDER, Appellant, v. HARRIS ROSENTHAL and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Philbin, JJ.; Laughlin, J., dissenting.

SOLOMON ZUCKER, an Infant, by MAX ZUCKER, His Guardian ad Litem, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Page, Laughlin, Merrell and Philbin, JJ.

GUISEPPE CAVALLARO, Respondent, v. FRANK B. HALL & COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.